PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Bilal Salaj  Cr.: 22-00839-001
PACTS #: 7178411

Name of Sentencing Judicial Officer:  THE HONORABLE P. KEVIN CASTEL (SD/NY)
UNITED STATES DISTRICT JUDGE
(Jurisdiction transferred to the Hon. Georgette Castner on 12/15/2022)

Date of Original Sentence: 04/15/2021

Original Offense:  Count One: Conspiracy to Defraud the IRS, 18 U.S.C. § 371
Count Two: Tax Evasion, 18 U.S.C. § 7201
Count Three: Failure to Pay Over Payroll Taxes, 18 U.S.C. § 7202

Original Sentence: 19 months imprisonment on each count, concurrent, 3 years supervised release on each of count, concurrent

Special Conditions: Restitution - $952,778.00, Financial Disclosure, and No New Debt/Credit

Type of Supervision: Supervised Release  Date Supervision Commenced: 09/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states, "**The defendant shall pay restitution in the amount of $952,778.00.**"<br><br>Since the commencement of supervision, Mr. Salaj has paid a total of $14,920.00 towards restitution. The outstanding restitution balance is $938,158.00. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Mr. Salaj has failed to satisfy the total amount of restitution. Mr. Salaj was ordered to pay 15% of his gross income and has paid a total of $14,920.00. The outstanding restitution balance is $938,158.00. In discussion with Mr. Salaj, he has agreed to continue making payments towards his financial obligation should his supervision expire as scheduled. His term of supervision is due to expire September 8, 2025. Mr. Salaj is in full compliance with the conditions of supervised release.

The Financial Litigation Unit of the United States Attorney's Office has been notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via Treasure Offset Program (TOP).

Prob 12A – page 2
Bilal Salaj

The U.S. Probation Office recommends that the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: *[signature]* BERNALISE I. OGANDO
U.S. Probation Technician

/ bio

APPROVED:

*[signature]*  08/22/25
PATRICK HATTERSLEY   Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Allow Supervision to expire as Scheduled on September 8, 2025 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*Georgette Castner*
Signature of Judicial Officer

August 22, 2025
Date